UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA

# REQUEST FOR CHANGE OF ADDRESS

CASE NAME:  JEFFREY M. DUNN

CASE NO.  13-72117      JUDGE  JRS     CHAPTER  13

CHANGE FOR:

DEBTOR  X  CREDITOR  __     ATTORNEY  ____     (for) Debtor _____
                                                    Creditor_____

NOTE:  (For Attorneys Only) IF MORE THAN ONE CASE, PLEASE ATTACH LIST.

EFFECTIVE DATE OF CHANGE:          January 8,  2014_____

BAR I.D. NUMBER:                   344105_____

NAME:                              Jeffrey Mark Dunn
NEW ADDRESS:                       245 Landing Drive
                                   North Augusta, SC 29841



                                   (Telephone Number)
****************************************************************

NAME:                              Jeffrey M. Dunn


OLD ADDRESS:                       516 Black Canyon Park
                                   Canton, GA 30114

THIS CHANGE OF ADDRESS WAS FURNISHED BY:   Jeffrey M. Heller, Esq.

DATE:  January 8, 2014

F65  (change. add) 05/ 02